ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of - | ) |
| | ) |
| AECOM Construction, Inc. | ) ASBCA No. 63707-ADR |
| | ) |
| Under Contract No. FA3002-08-D-0006 | ) |

APPEARANCES FOR THE APPELLANT:  Edmund M. Amorosi, Esq.
Brian J. Vella, Esq.
Daniel H. Ramish, Esq.
  Haynes and Boone, LLP
  Tysons Corner, VA

APPEARANCES FOR THE GOVERNMENT:  Caryl A. Potter III, Esq.
  Air Force Deputy Chief Trial Attorney
Christian H. Robertson II, Esq.
Maj William M. Fuller, USAF
  Trial Attorneys

OPINION BY ADMINISTRATIVE JUDGE WOODROW

The parties have resolved their dispute and request that the Board enter judgment in favor of appellant.

It is the Board's decision, pursuant to 41 U.S.C. §§ 7105(e), 7108(b), and the parties' stipulation and agreement, that the appeal is sustained. In the nature of a consent judgment, the Board makes a monetary award to appellant in the amount of $18,950,000. This amount is inclusive of Contract Disputes Act interest. No further interest shall be paid.

Dated: November 20, 2024

KENNETH D. WOODROW
Administrative Judge
Armed Services Board
of Contract Appeals

(Signatures continued)

I concur                                          I concur


OWEN WILSON                                       J. REID PROUTY
Administrative Judge                              Administrative Judge
Acting Chairman                                   Vice Chairman
Armed Services Board                              Armed Services Board
of Contract Appeals                               of Contract Appeals


     I certify that the foregoing is a true copy of the Opinion and Decision of the
Armed Services Board of Contract Appeals in ASBCA No. 63707-ADR, Appeal of
AECOM Construction, Inc., rendered in conformance with the Board's Charter.


     Dated:  November 21, 2024


PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals